UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YSN IMPORTS LLC D/B/A FLAME KING,<br><br>       Plaintiff,<br><br>-against-<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br><br>       Defendants. | Case Number: 1:26-mc-00075-JPC<br><br>**PROTECTIVE ORDER GOVERNING PRODUCTION OF CONFIDENTIAL INFORMATION IN RESPONSE TO INFORMATION SUBPOENA** |

WHEREAS, Judgment Creditor YSN IMPORTS LLC D/B/A FLAME KING ("Judgment Creditor") has served or intends to serve Information Subpoenas (collectively, the "Subpoena") upon Amazon.com LLC and/or its affiliates Amazon.com Services LLC and Amazon Payments, Inc. (collectively, "Amazon") in connection with post-judgment enforcement proceedings against Judgment Debtors Ausail, GAGITER, JAYICHENG, and QUANIE (collectively "Judgment Debtor") in the above-captioned action; and

WHEREAS, the Subpoena seeks information that may constitute confidential, proprietary, or commercially sensitive business information, personal financial information, and personal identifying information of third parties; and

WHEREAS, Judgment Creditor seeks entry of this Protective Order to facilitate Amazon's production of responsive information while protecting the legitimate confidentiality interests of all persons whose information may be disclosed; and

NOW, THEREFORE, upon application of Judgment Creditor, IT IS HEREBY ORDERED by the Court as follows:

## 1.  SCOPE

This Protective Order governs all documents, data, records, and information (collectively, "Material") produced by Amazon in response to the Subpoena, regardless of the medium or manner in which it is produced.

## 2.  DESIGNATION OF CONFIDENTIAL MATERIAL

**2.1.**  Amazon may designate as "CONFIDENTIAL" any Material that Amazon reasonably and in good faith believes constitutes or contains:

   **(a)**  Personal identifying information, including passport numbers, national identification numbers, dates of birth, residential addresses, and telephone numbers of individuals;

    **(b)** Financial account information, including bank account numbers, routing numbers, credit card numbers, and payment intermediary account identifiers;

    **(c)** Tax identification numbers (domestic or foreign) and tax forms (including W-8BEN, W-8BEN-E, and W-9);

    **(d)** Login credentials, IP address logs, and device identification data;

    **(e)** Account linkage or association data identifying related seller accounts; or

    **(f)** Proprietary business records the disclosure of which could cause competitive harm to Amazon.

**2.2.** Designation shall be made by stamping or labeling the Material "CONFIDENTIAL" at the time of production, or by written notice to Judgment Creditor's counsel within fifteen (15) days after production.

## 3.  USE OF CONFIDENTIAL MATERIAL

**3.1.** Confidential Material produced pursuant to this Order shall be used by Judgment Creditor solely for the purpose of enforcing the judgment in the above-captioned action and for no other purpose whatsoever.

**3.2.** Confidential Material shall not be used for any commercial purpose, disclosed publicly, or disclosed to any person or entity not authorized under this Order.

## 4.  PERSONS AUTHORIZED TO RECEIVE CONFIDENTIAL MATERIAL

Confidential Material may be disclosed only to the following persons ("Authorized Persons"):

    **(a)** Judgment Creditor's counsel of record in this proceeding and their associates, paralegals, and support staff directly involved in this matter;

    **(b)** Judgment Creditor personally, to the extent necessary to identify assets and satisfy the judgment;

    **(c)** Experts, investigators, or consultants retained by Judgment Creditor's counsel solely for purposes of this enforcement proceeding, provided they have executed the Acknowledgment set forth in Exhibit A hereto;

    **(d)** The Court, court personnel, and any mediator or neutral appointed in this proceeding;

    **(e)** Any other person only upon prior written consent of Amazon or by Order of the Court; and

    **(f)** Any judgment debtor in this action who has appeared by counsel, and such counsel of record, provided that such counsel has first executed the Acknowledgment attached as Exhibit A. Any such judgment debtor and counsel shall be bound by this Order upon appearance.

## 5.  ACKNOWLEDGMENT OF AUTHORIZED PERSONS

Before receiving Confidential Material, each person described in Paragraph 4(c) shall execute the Acknowledgment attached as Exhibit A, agreeing to be bound by this Order. Executed Acknowledgments shall be retained by Judgment Creditor's counsel and produced to Amazon upon request.

## 6.  STORAGE AND SECURITY

Confidential Material shall be maintained in a secure manner. Counsel for Judgment Creditor shall take reasonable precautions to prevent unauthorized access, copying, or disclosure of Confidential Material, including maintaining electronic copies in password-protected systems accessible only to Authorized Persons.

## 7.  FILING WITH THE COURT

If any Confidential Material is submitted to the Court in connection with any motion, application, or proceeding, the filing Party shall apply to file such material under seal in accordance with the Court's rules and applicable law, or shall redact personally identifying and financial account information before filing.

## 8.  NO WAIVER

The production of Material by Amazon pursuant to this Order shall not constitute a waiver of any privilege, objection, or protection that Amazon might otherwise assert with respect to any Material. Amazon reserves the right to assert any applicable privilege or objection by written notice to Judgment Creditor's counsel within thirty (30) days of production.

## 9.  CHALLENGES TO DESIGNATION

If Judgment Creditor disputes the confidential designation of any Material, Judgment Creditor's counsel shall provide written notice to Amazon's counsel identifying the Material at issue. The Parties shall meet and confer within ten (10) business days of such notice. If the dispute is not resolved, either Party may apply to the Court for relief. The Material shall remain designated Confidential pending resolution of any such dispute.

## 10.  RETURN OR DESTRUCTION OF CONFIDENTIAL MATERIAL

Within sixty (60) days after the final conclusion of this enforcement proceeding, including all appeals, Judgment Creditor's counsel shall, at Amazon's election: (a) return to Amazon all Confidential Material and all copies, summaries, and extracts thereof; or (b) certify in writing to Amazon's counsel that all such Material has been destroyed. Counsel may retain one archival copy of pleadings and work product that references Confidential Material, subject to the continued obligations of this Order.

3

## 11.  DURATION

The obligations of this Order shall survive the conclusion of this enforcement proceeding and shall remain in effect indefinitely unless modified by written agreement of Judgment Creditor and Amazon or by Order of the Court.

## 12.  THIRD-PARTY RIGHTS

Nothing in this Order shall be construed to limit the rights of any third party whose information is contained in Material produced hereunder to seek additional protection from the Court.

## 13.  MODIFICATION

This Order may be modified only by written agreement of Judgment Creditor and Amazon approved by the Court, or by Order of the Court upon motion and for good cause shown.

## 14.  ENFORCEMENT

Any violation of this Order may be punishable as contempt of court and may subject the violating Party to such other sanctions as the Court deems appropriate. The Parties agree that irreparable harm would result from any violation of this Order and that Amazon shall be entitled to seek injunctive or other equitable relief in addition to any other available remedies.

## 15.  GOVERNING LAW AND JURISDICTION

This Order shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York.

_____

Counsel for Judgment Creditor
Allen P. Sragow
Sragow & Sragow
Attorneys for Plaintiff
276 5th Avenue, Suite 704
New York, NY 10001
a.sragow@sragowlawfirm.com

Dated:    5-15-2026_____

**SO ORDERED:**

_____
JOHN P. CRONAN
United States District Judge

_____

Dated: May 15, 2026_____

With respect to redactions and sealed filings, the parties must also comply with Rule 4 of the undersigned's Individual Rules and Practices for Civil Cases.

**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

**BY PROTECTIVE ORDER**

I, the undersigned, hereby acknowledge that I have read and understand the Protective Order (the "Order") entered in YSN IMPORTS LLC D/B/A FLAME KING v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, Case No. 1:26-mc-00075-JPC, United States District Court for the Southern District of New York.

I agree to be bound by all terms of the Order. I understand that Confidential Material produced pursuant to the Order shall be used solely for purposes of the enforcement proceeding described therein and for no other purpose. I agree not to disclose Confidential Material to any person not authorized under the Order.

I consent to the jurisdiction of the United States District Court for the Southern District of New York for purposes of enforcing the Order against me personally.

I understand that any violation of the Order may expose me to sanctions, including contempt of court.

Signature: _____

Printed Name: _____

Title/Capacity: _____

Employer/Firm: _____

Address: _____

Date: _____