UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YSN IMPORTS LLC D/B/A FLAME KING,<br><br>       Plaintiff,<br><br>   -against-<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>       Defendants. | Case No. 1:26-mc-00075-JPC<br><br><br>**ORDER AUTHORIZING DISCLOSURE OF CONFIDENTIAL MATERIAL TO GARNISHEE BANKS** |

WHEREAS, on May 15, 2026, the Court entered a Protective Order Governing Production of Confidential Information in Response to Information Subpoena (ECF No. 6) (the "Protective Order"); and

WHEREAS, Amazon.com Services LLC and its affiliates ("Amazon") have produced to Judgment Creditor YSN Imports LLC d/b/a Flame King ("Judgment Creditor") information designated Confidential under the Protective Order, including the identities of registered account holders, financial-account identifiers, and account-linkage information for the judgment debtors; and

WHEREAS, to enforce the judgment, Judgment Creditor seeks to serve information subpoenas with restraining notices and related enforcement discovery such as document subpoenas upon Citibank, N.A., JPMorgan Chase Bank, N.A., and Wells Fargo Bank, N.A. (the "Garnishee Banks"), which subpoenas necessarily disclose certain Confidential Material;

WHEREAS, the Garnishee Banks are not Authorized Persons under Paragraph 4(a)–(d) or (f) of the Protective Order, and Paragraph 4(e) permits disclosure of Confidential Material to other persons upon Order of the Court; and

WHEREAS, Judgment Creditor requested Amazon's written consent to the disclosure under Paragraph 4(e), and Amazon did not respond;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Pursuant to Paragraph 4(e) of the Protective Order, Judgment Creditor is authorized to disclose Confidential Material to the Garnishee Banks solely to the extent necessary to serve information subpoenas with restraining notices (and related enforcement discovery such as document subpoenas) upon them and to obtain responses thereto.

2. Judgment Creditor shall accompany each such subpoena with a cover letter notifying the recipient Garnishee Bank of the Protective Order, identifying the Amazon-produced data

within the subpoena as Confidential under the Protective Order, and directing the recipient to use that data solely as necessary to respond.

3. Except as set forth herein, the Protective Order remains in full force and effect, and all Confidential Material disclosed pursuant to this Order remains subject to its terms.

Dated:  New York, New York
          June 9    , 2026

 

_____
HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE